# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

_____

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ROBIN WHITE, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 13-1109-RGA |
| v. | ) ) | |
| ORTHOPAEDIC AND NEURO IMAGING LLC, and RICHARD PFARR. | ) ) ) ) | |
| Defendants. | ) ) | |

_____)

## UNITED STATES' AND RELATOR'S JOINT MOTION FOR DEFAULT JUDGMENT AND TO SET RELATOR'S SHARE

By and through their undersigned counsel, the United States of America and Relator Robin White ("Relator") jointly move for entry of default judgment against Defendants Orthopaedic and Neuro Imaging ("ONI") and Richard Pfarr ("Pfarr") pursuant to Federal Rule of Civil Procedure 55(b)(2). Specifically, the United States and Relator seek treble damages on Count One (False Claims Act, 31 U.S.C. § 3729(a)(1)(A), formerly § 3729(a)(1)) against ONI in the amount of $3,985,591.38 and civil penalties in the amount of $12,237,500, for a total judgment of $16,223,091.38; Pfarr is jointly and severally liable for $6,125,947.13 of that total.[1] The United States and Relator also respectfully request that the Court set Relator's share as 18 percent of any proceeds the United States is able to collect on this judgment, pursuant to 31 U.S.C. § 3730(d)(1).

---

[1] Should the Court grant this request for default judgment on Count One, the government notices and requests dismissal of Counts Two (False Claims Act, 31 U.S.C. § 3729(a)(1)(B)), Three (Unjust Enrichment), and Four (Payment by Mistake).

1

Attached is an affidavit under 50 U.S.C. § 3931(b), which requires a plaintiff seeking default judgement to file an affidavit stating that the defendant is not in military service.

The reasons supporting this motion are set forth in the United States' brief filed herewith. A proposed order is attached.

Respectfully submitted,

DAVID C. WEISS
Acting United States Attorney

By:    /s/ Jennifer L. Hall
Jennifer L. Hall (#5122)
Laura Hatcher (#5098)
Assistant United States Attorneys
1007 N. Orange Street, Suite 700
Wilmington, Delaware 19801
(302) 573-6277
*Counsel for the United States of America*

SHELSBY & LEONI, PA

/s/ Robert J. Leoni
ROBERT J. LEONI, ESQUIRE (DE ID 2888)
221 Main Street
Wilmington, Delaware 19804
(302) 995-6210
rleoni@mslde.com
*Counsel for Robin White*

DATED:  January 12, 2018

2

## CERTIFICATE OF SERVICE

I, Kimberly Rechner, an employee in the Office of the United States Attorney for the District of Delaware, hereby attest under penalty of perjury that on January 12, 2018, a true copy of UNITED STATES' AND RELATOR'S JOINT MOTION FOR DEFAULT JUDGMENT AND TO SET RELATOR'S SHARE was electronically filed and was also mailed to the following:

Richard Pfarr
424 Kings Highway
Lewes, DE 19958

Orthopaedic and Neuro Imaging LLC
c/o Richard C. Pfarr, Registered Agent
424 Kings Highway
Lewes, DE 19958

Edmund D. Lyons, Esq.
1526 Gilpin Ave
Wilmington, DE 19806

Adam Balick, Esq.
Balick & Balick, LLC
711 King Street
Wilmington, DE 19801


/s/ Kimberly Rechner
Kimberly Rechner