IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ROBIN WHITE, | : : : : |
| Plaintiff, | : : |
| v. | : Civil Action No. 13-1109-RGA : |
| ORTHOPAEDIC AND NEURO IMAGING LLC, and RICHARD PFARR, | : : : |
| Defendants. | : |

## JUDGMENT

For reasons set forth in the Court's Order dated January 29, 2018 (D.I. 40);

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Plaintiff United States of America and against Defendants Orthopaedic and Neuro Imaging, LLC and Richard Pfarr. Defendant Orthopaedic and Neuro Imaging, LLC is liable in a total amount of $16,223,091.38, consisting of $3,985,591.38 in treble damages and $12,237,500.00 in civil penalties.

IT IS FURTHER ORDERED, that Defendant Richard Pfarr is jointly and severally liable for $6,125,947.13, consisting of $1,280,447.13 in treble damages and $4,845,500.00 in civil penalties.

_____
United States District Judge

Dated: January 29, 2018

_____
(By) Deputy Clerk